IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:13-CR-00381 TLN |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | **APPOINTING COUNSEL** |
| SIMON CANDELARIO-ESPIRITU, | ) | |
| Defendant. | ) | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE: 8 USC § 1326 – Deported Alien Found in United States

Ben Galloway is hereby appointed effective November 19, 2013.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED FINANCIAL AFFIDAVIT SUPPORTING APPOINTMENT.**

Dated: November 22, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE